**1578 SECORD vs. MAYOR AND COMMON COUNCIL (North Muskegon), No. 12916.**

To compel payment of relator's claim for certain printing.

Order to show cause issued, return made and writ afterwards; granted upon stipulation of the parties, October 5, 1892.